Same case below, 591 F.3d 209.

**No. 09-1530. United Food and Commercial Workers Union, Local 1776, Petitioner v. Rite Aid of Pennsylvania, Inc.**

562 U.S. 838, 131 S. Ct. 187, 178 L. Ed. 2d 43, 2010 U.S. LEXIS 5798.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 595 F.3d 128.

**No. 09-1531. William Glenn Talley, Petitioner v. Tennessee.**

562 U.S. 839, 131 S. Ct. 187, 178 L. Ed. 2d 43, 2010 U.S. LEXIS 5795.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Tennessee, Middle Division, denied.

Same case below, 307 S.W.3d 723.

**No. 09-1534. Hector Rafael Vendrell, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 839, 131 S. Ct. 188, 178 L. Ed. 2d 43, 2010 U.S. LEXIS 5791.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-1535. Lana Perez, et al., Petitioners v. Saks Fifth Avenue, Inc.**

562 U.S. 839, 131 S. Ct. 188, 178 L. Ed. 2d 43, 2010 U.S. LEXIS 5888.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-1536. Gerald Molnar, Petitioner v. Care House, et al.**

562 U.S. 839, 131 S. Ct. 188, 178 L. Ed. 2d 43, 2010 U.S. LEXIS 5802.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 359 Fed. Appx. 623.

**No. 09-1537. Bernard H. Glatzer, Petitioner v. Bear, Stearns & Co., Inc., et al.**

562 U.S. 839, 131 S. Ct. 188, 178 L. Ed. 2d 43, 2010 U.S. LEXIS 6092.

October 4, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

**No. 09-1538. Carla Hernandez-Ramos, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 839, 131 S. Ct. 188, 178 L. Ed. 2d 43, 2010 U.S. LEXIS 5828.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.